ACCEPTED
04-14-00569-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/6/2015 2:50:02 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00569-CV

**IN THE FOURTH COURT OF APPEALS**
**SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/6/2015 2:50:02 PM
KEITH E. HOTTLE
Clerk

**BURTON KAHN,**

*Appellant*,

**v.**

**HELVETIA ASSET RECOVERY, INC.**

*Appellee.*

**ON APPEAL FROM THE 37TH JUDICIAL DISTRICT COURT**
**BEXAR COUNTY, TEXAS**
**TRIAL COURT NO. 2013-CI-18355**
**Honorable Michael Mery, Presiding Judge**

## UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE APPELLEE'S RESPONSE TO APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellee Helvetia Asset Recovery, Inc. files this unopposed first motion for extension under Texas Rule of Appellate Procedure 10.5(b) and respectfully requests a 7-day extension of time, until March 16, 2014, to file its response to appellant's brief.

**I.**

This is Appellant Burton Kahn's ("Appellant" or "Kahn") appeal from the June 11, 2014 final judgment entered in Cause No. 2013-CI-18355, *Helvetia Asset Recovery, Inc. v. Burton Kahn, et al.*, 37th Judicial District, Bexar County, Texas.

Appellant filed his brief on February 5, 2015. Appellee's brief is currently due on March 9, 2015 (the Monday following thirty days after February 5, 2015 – Saturday, March 7). This is Appellee's first request for an extension of time with regard to responding to the Appellant's brief.

**II.**

Counsel for Appellee has been substantially involved in the following matters, among others, that necessitate the filing of this motion:

1. This present appeal. Counsel has found it difficult to locate Appellant's citations to the reporter's record and the clerk's record, and in understanding the nature of several of the Appellant's appeal points.

2. *In re Burton M. Kahn*, Civil Action No. 5:14-CV-1109-HLH, in the United States District Court for the Western District of Texas, San Antonio Division. Kahn appealed an October 17, 2014 order entered by the United States Bankruptcy Court approving the Chapter 7 Trustee's request to sell to Helvetia the debtor's (Kahn) non-exempt assets, claims and causes of action. Helvetia is the appellee in that appeal, and filed its appellee's brief on February 24, 2015 (Pacer Dkt. No. 14). Appellee also filed a motion requesting allowance to file additional pages for its brief. The underlying bankruptcy action is *In re: Burton M. Kahn, Debtor*, Case No. 14-50980, United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

3. Civil Action No. SA-09-CA-00905-RP; *Unincorporated Non-Profit Association of Concerned Eastside Citizens and Property Owners v. The City of San Antonio and Crosspoint, Inc.*; in the United States District Court for the Western District of Texas, San Antonio Division. Counsel was involved in preparing and filing Intervenor Crosspoint, Inc.'s Reply to Plaintiff's Response to Advisory Regarding Status on February 27, 2015.

4. Civil Action No. 5:14-CV-01111-DAE; *Southeast Medpro LLC, vs. VHS San Antonio Partners, LLC;* in the United States District Court for the Western District of Texas, San Antonio Division. Counsel was involved in preparing and filing a Motion to Dismiss First Amended Complaint on February 12, 2015.

5. Update of publication on subject of Contorts. Counsel has been involved in substantial updates of a publication on Contorts that is due in the middle of March.

Accordingly, Appellee requests a 7-day extension, or until March 16, 2015, in which to file its brief. This motion is not filed for the purpose of delay.

**PRAYER**

For these reasons, appellee Helvetia Asset Recovery, Inc. respectfully requests that the Court grant this request and extend the time for filing its brief to March 16, 2015.

Respectfully submitted,

HAYNES AND BOONE, LLP

*/s/ Lisa S. Barkley*

Werner A. Powers
State Bar No. 16218800
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000

Facsimile: (214) 651-5940
*werner.powers@haynesboone.com*

Lisa S. Barkley
State Bar No. 17851450
112 E. Pecan, Suite 1200
San Antonio, Texas 78205
Telephone: (210) 978-7427
Facsimile: (210) 554-0427
*lisa.barkley@haynesboone.com*

**ATTORNEYS FOR APPELLEE
HELVETIA ASSET RECOVERY, INC.**

# CERTIFICATE OF CONFERENCE

In accordance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, I certify that I conferred with Mr. Burton Kahn concerning this request for extension of time.  Mr. Kahn does not oppose the relief requested.


*/s/ Lisa S. Barkley*
Lisa S. Barkley

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the *Unopposed First Motion To Extend Time To File Appellee's Response To Appellant's Brief* has been served on the following, in accordance with the Texas Rules of Appellate Procedure, on this 6th day of March, 2015:

Burton Kahn, *pro se*                                             ***Via Email***
1706 Alpine Circle
San Antonio, Texas  78248
glentrail@yahoo.com

*/s/ Lisa S. Barkley*
Lisa S. Barkley